5.20.15

JAMES NoAH Applow's Motion For Additional Time To File Petition For Discretionary Review

To the Honorable Judges of this Court:

Under Rule 4.5 of the Texas Rules of Appellate Procedure, James Noah Applow, the Defendant in the Above cause, files this motion for additional time to file James Noah Applow's petition for discretionary review in this cause. In support of this motion, James Noah Applow respectfully shows the court as follows:

On April 21, 2015, the Court of Appeals for the 14th District in Harris County, Texas issued it's decision in the Above Appeal, in the felony conviction for unlawful possession of a weapon, Docket No. 1403624. We overrule the Appellant's Issues And Affirm the jury's verdict.

The normal deadline for filing A petition for discretionary review of the Court of Appeal's decision in this case normally falls on May 21st 2015.

The additional time requested by James Noah Applow will not prejudice or inconvenience James Noah Applow in Any manner, nor will the time for resolution of this case be unduly delayed by granting additional time in which to file the petition for discretionary review.

Therefore, James Noah Applon respectfully requests that the court issue An order granting additional time for filing the petition for discretionary review in the above case.

Dated: 5.20.15
Respectfully submitted,